IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-cr-04103-BCW-1 |
| ) | |
| JACOB ALLEN MONTEER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #23). The Court by its own motion, ordered Defendant undergo a psychiatric or psychological examination as authorized by 42 U.S.C. § 4241. Neither defense counsel nor the Government objected to the Court's Order. The evaluation was ordered and an examination was conducted at the U.S. Department of Justice, Federal Bureau of Prisons, Federal Detention Center, in Englewood, Colorado by Jessica Micono, Psy.D. A status hearing as to Defendant's competency was held on April 12, 2018. After making an independent review of the record and the applicable law, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED defendant Jacob Allen Monteer may suffer from a mental disorder that significantly impairs his present ability to understand the nature and consequences of the court proceedings against him, and his ability to properly assist counsel in his defense, It is further

ORDERED pursuant to 18 U.S.C. § 4241(d)(1), defendant Monteer shall be committed to the custody of the Attorney General who shall hospitalize defendant for treatment in a federal medical center for such a reasonable period of time, not to exceed four months, as is necessary to

1

determine whether there is a substantial probability that in the foreseeable future defendant Monteer will attain the capacity to permit the trial to proceed. It is further

ORDERED that defendant Monteer be hospitalized for treatment at the federal medical center located in Springfield, Missouri, if said facility is available. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: June 19, 2018                              /s/ Brian C. Wimes
                                                  JUDGE BRIAN C. WIMES
                                                  UNITED STATES DISTRICT COURT