# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:17-CR-04103-1-BCW |
| JACOB ALLEN MONTEER, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #57), recommending the Court enter an order finding defendant Jacob Allen Monteer competent to stand trial. No objections were filed to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #57), the Court finds defendant Jacob Allen Monteer COMPETENT to stand trial. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: November 23, 2021

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT